BEFORE THE THIRD DIVISION, JUNE 10, 1954

No. 58177.—Bloomingdale Bros., Inc. *v.* United States, protest 161719–K (New York).

Opinion by EKWALL, J.   When this case was called for trial, it was submitted upon the record, including the collector's letter of transmittal, and the record in Abstract 54732 was incorporated herein.   An examination of the record disclosed that the collector admits error and states that the instructions contained in Bureau of Customs Circular Letter No. 2675, dated October 19, 1949, would now be followed.   In view of the record and following the decision cited, it was held that the currency of the invoices should have been converted in the manner directed by the judgment of this court in Abstract 54732, in accordance with said Bureau of Customs Circular Letter.

No. 58178.—The Fan Company et al. *v.* United States, protests 133325–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the articles in question consist of silent butlers, smoothing irons, and trays the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.

No. 58179.—Pacific Customs Brokerage Company *v.* United States, protest 152557–K (Detroit).

Opinion by JOHNSON, J.   At the trial, it was stipulated that the merchandise consists of medicinal preparations imported in American-made containers, to wit, bottles, glass air tubes, bands, and bales; that duty was assessed upon the said containers at the same rate as upon the medicinal preparations; that said containers were manufactured in the United States and were returned after having been exported, without having been advanced in value or improved in condition; and that the regulations prescribed by the Secretary of the Treasury under paragraph 1615, *supra,* were complied with.   In view of the agreed statement of facts and following *Morse Brothers* v. *United States* (3 Treas. Dec. 721, T. D. 22462 (G. A. 4757)), the claim of the plaintiff was sustained.